IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARIKA WARNER, Individually and
on Behalf of Others Similarly Situated                                  PLAINTIFF

V.                          NO. 6:18-CV-6092-RTD

FIRST STEP, INC.                                                      DEFENDANT

## ORDER OF DISMISSAL

Now before the Court is the Joint Motion to Approve Settlement Agreement (ECF No. 58) by Plaintiff Marika Warner and Defendant First Step, Inc. Plaintiff brought this lawsuit on behalf of herself and certain other home health care workers to recover unpaid overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 - 219 (the FLSA). The Parties represent that they have settled the merits of the case, and that the settlement agreement is a reasonable compromise of a bona fide dispute.

Accordingly, it is hereby **ORDERED** that this case be **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. The jury trial set to begin the week of September 21, 2020 is hereby **CANCELED**.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.  The Court retains jurisdiction to vacate this Order and to reopen the action

upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

    **IT IS SO ORDERED this 13th day of April 2020.**

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**